In the Matter of the Application of THOMAS E. MURRAY, JR., Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Petitioner, for a Certiorari Order directed against WILLIAM G. FULLEN and Others, Constituting the Transit Commission, etc., and Another, Respondents.— Order of certiorari unanimously dismissed, and determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WOLF, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence does not establish the crime charged in the information. (*People* v. *Nakamori*, 256 N. Y. 621.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CROSS & BROWN COMPANY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of EDWIN J. DEMAREST, Petitioner, for an Order of Certiorari against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of HERMAN E. SCHOENEWERG, Deceased. RICHARD SCHOENEWERG, Petitioner, Appellant; EMPIRE TRUST COMPANY, Trustee, Respondent.— Order entered October 15, 1936, reversed and matter remitted to the surrogate of the county of New York for trial of the cause on the merits. Appeal from order denying petitioner's motion for resettlement dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes for affirmance. [160 Misc. 819.]